

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2014

No. 04-13-00238-CR

Ricardo **PEDRAZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRR107-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

   The Appellant's Motion for Extension of Time to File Brief filed on December 20, 2013 is hereby MOOT.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court